UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-20480-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

NATHAN COVIN,

        Defendant.
_____/

## ORDER GRANTING MOTION TO REDUCE SENTENCE

THIS CAUSE came before the Court upon defendant's motion to reduce sentence re: Crack Cocaine Offense **[D.E. #41]**. The Court adopts the Report and Recommendation issued by United States Magistrate Judge Barry L. Garber and it is,

ORDERED and ADJUDGED that said motion is **GRANTED as to Count 1 only** from 12 months to **6 months** (still be served consecutively) for a total of 66 months.

DONE and ORDERED in Miami-Dade County, Florida this ___6___ day of January, 2012.

                                                          FEDERICO A. MORENO
                                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:

Magistrate Judge Barry L. Garber
All counsel of record